UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| WILMER CARDONA and ALEXIS CARDONA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION EXTERIORS, INC., and RONALD FRAME, individually,<br><br>Defendants. | CIVIL ACTION NO.:<br>**1:21-cv-16143-NLH-KMW**<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| **STEVENSON MARINO, LLP** | **ACKERMAN & ALSOFROM, LLP** |
|---|---|
| By: /s/ J.R. Stevenson<br>J.R. Stevenson, Esq.<br>75 Maiden Lane, Suite 402<br>New York, New York 10038<br>Phone: (212) 939-7229<br>*Attorneys for Plaintiffs* | By: _____<br>Daniel D. Alsofrom, Esq.<br>1630 New Road, Suite 2C<br>Northfield, New Jersey 08225<br>Phone: (609) 645-5105<br>*Attorneys for Defendants* |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

_____
The Honorable Matthew J. Skahill, U.S.M.J.